UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>PATRICK SMITH,<br><br>                Defendant. | Case No. CR24-186-JHC<br><br>DETENTION ORDER |

Defendant Patrick Smith is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; attempted possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; and a forfeiture allegation. The Court held a detention hearing on January 7, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Smith is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions

DETENTION ORDER - 1

will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Smith as required and the safety of the community.

4. Mr. Smith poses a risk of nonappearance due to a history of failure to report, being arrested in Montana and allegedly providing a false identification. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Smith's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Smith shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Smith shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Smith is confined shall deliver Mr. Smith to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Smith, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  7th  day of January, 2025.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3