The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PATRICK SMITH,<br><br>Defendant. | NO. CR24-186-JHC<br><br>**ORDER CONTINUING TRIAL** |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests Patrick Smith's trial date and pretrial motions deadline be continued to those of his co-defendants – November 10, 2025 and August 8, 2025, respectively.

THE COURT FINDS that Patrick Smith, who is charged in this case, along with his co-defendants, with Conspiracy to Distribute Controlled Substances, is presumptively joined with his co-defendants for trial, that the time for trial has not run for his co-defendants, that no motion to sever has been granted at this time, and that a continuance from March 17, 2025 to November 10, 2025 constitutes a reasonable period of delay pursuant to 18 U.S.C. § 3161(h)(6).

Order Continuing Trial Date - 1
*United States v. Patrick Smith* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS that the failure to grant a continuance of Smith's trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation and there are multiple defendants charged in this matter, and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, parties' briefing reflects the extensive discovery already produced – more than 12,000 pages – which includes legal process obtained in the investigation (e.g., search warrants, T-III pleadings), line sheets reflecting pertinent intercepts from all three periods of T-III interception, surveillance photos, search photos, and HSI reports reflecting investigative events through approximately the end of September 2024. In addition, there remains to be produced additional supplemental reports, photos from the searches conducted on October 30, 2024, defendant and third-party interviews and statements, additional legal process, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than HSI that have been involved in the investigation. To assist defense counsel with voluminous discovery, the Court has already appointed a Coordinating Discovery Attorney in this case (Dkt. 103). Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Order Continuing Trial Date - 2
*United States v. Patrick Smith* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   THE COURT FINDS, therefore, pursuant to 18 U.S.C. § 3161(h)(7), the ends of
2  justice will best be served by a continuance, that they outweigh the interest of the public
3  and the defendant in a speedy trial.
4   NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be
5  continued as to Patrick Smith until November 10, 2025, at 1:30 p.m., and that pretrial
6  motions will be filed no later than August 8, 2025.
7   IT IS FURTHER ORDERED that the time the date of this order and the new trial
8  date of November 10, 2025 is excluded from Speedy Trial Act calculations pursuant to
9  18 U.S.C. §§ 3161(h)(6), 3161(h)(7)(B)(i), (ii), and (iv).
10
11  IT IS SO ORDERED.
12   DATED this __29th__ day of January, 2025.
13
14
15                                            _____
                                              THE HON. JOHN H. CHUN
16                                            UNITED STATES DISTRICT JUDGE
17  Presented by:
18
    _s/ Michelle Jensen_                      _s/ Richard A. Smith_
19  MICHELLE JENSEN                           RICHARD A. SMITH
    JOSEPH C. SILVIO                          Counsel for Patrick Smith
20  Assistant United States Attorneys
21
22
23
24
25
26
27

Order Continuing Trial Date - 3
*United States v. Patrick Smith* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970